371 A.2d 235
Commonwealth v. Peterson, Appellant.

Submitted June 14, 1976.   Eric S. Plaum, and Kremer, Krimsky & Luterman, for appellant;  Pamela Esposito, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 235
Commonwealth v. Petrakovich, Appellant.

Submitted February 17, 1976.   Henry S. Perkin, Assistant Public Defender, for appellant;  Richard R. Tomsho, Assistant District Attorney, and George J. Joseph, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.